

★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00738-CV

Jason **NIKKELS**,
Appellant

v.

**YC PARTNERS, LTD**. d/b/a Yantis Company and Mike Yantis, Jr.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-09354
Honorable David A. Berchelmann, Jr., Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   January 14, 2009

DISMISSED

The parties have filed a joint motion, in accordance with Texas Rule of Appellate Procedure 42.1(a)(2), stating they have resolved the dispute at issue and requesting this court dismiss this appeal. The motion is granted and the appeal is hereby dismissed. TEX. R. APP. P. 42.1(a)(2).

PER CURIAM